**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tina M Parente** | Social Security number or ITIN **xxx–xx–3791** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN ____ |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter **7**   **3/31/17** |
| Case number: | **17–10168** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Tina M Parente | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5852 W. 76th Street<br>Burbank, IL 60459 | |
| 4. | **Debtor's attorney**<br>Name and address | Joseph S Davidson<br>Sulaiman Law Group, Ltd.<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523 | Contact phone (630) 575–8181 x116<br>Email: jdavidson@sulaimanlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Miriam R Stein<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Contact phone 312–855–6109<br>Email: mstein@chuhak.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 4/3/17 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 12, 2017 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/11/17** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 17-10168-DRC
Tina M Parente                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rruiz1              Page 1 of 2                  Date Rcvd: Apr 03, 2017
                              Form ID: 309A             Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.
```
db             +Tina M Parente,    5852 W. 76th Street,    Burbank, IL 60459-3205
25499509       +ATG Credit, LLC,    PO Box 14895,    Chicago, IL 60614-8542
25499502       +Adventist LaGrange Memorial Hospital,     75 Remittance Dr.,    Suite 3204,
                 Chicago, IL 60675-3204
25499505       +Advocate Medical Group,     701 Lee St.,   Des Plaines, IL 60016-4539
25499506       +Alliance One,    Po Box 1259,    Oaks, PA 19456-1259
25499507       +Amita Health,    PO Box 24013,    Chattanooga, TN 37422-4013
25499508       +Atg Credit Llc,    1700 W. Cortland St.,    Suite 2,    Chicago, IL 60622-1131
25499510       +Athletic and Therapeutic Institute,     4947 Payshere Circle,    Chicago, IL 60674-0049
25499511       +Blatt, Hasenmiller, Leibsker & Moore,     10 S. LaSalle St.,    Suite 2200,
                 Chicago, IL 60603-1069
25499514       +Bryant Legal Group PC,    205 N. Michigan Ave.,    Suite 3910,    Chicago, IL 60601-5925
25499515       +C.tech Collections, Inc,     PO Box 402,   Mount Sinai, NY 11766-0402
25499519       +CMRE Financial Services, Inc,     3075 E. Imperial Highway, Suite 200,    Brea, CA 92821-6753
25499516       +Cardiovascular Consultants,     12845 S. Cicero Ave.,    Suite 202,    Alsip, IL 60803-3006
25499518       +Chicago Health Medical Group,     2960 Professional Drive,    Springfield, IL 62703-5910
25499521       +Codilis & Associates,    15W030 N. Frontage Rd.,    Burr Ridge, IL 60527-6921
25499520       +Codilis & Associates,    15W030 N. Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
25499525       +Consultants in Lab Medicine,     PO Box 5981,   Carol Stream, IL 60197-5981
25499526       +Cook County Department of Revenue,     c/o Tristan & Cervantes,    30 W. Monroe St., Suite 630,
                 Chicago, IL 60603-2415
25499527       +Cook County Treasurer,    PO Box 805436,    Chicago, IL 60680-4155
25499528       +Credit Control, LLC,    Po Box 31179,    Tampa, FL 33631-3179
25499530        DJO, LLC,    PO Box 6600117,    Dallas, TX 75266
25499531       +Dr. Jack Morgan, Barbara Brotine, &,     Mohammad Siddiqui,    9669 N. Kenton #305,
                 Skokie, IL 60076-1226
25499532       +ERC,    PO Box 23870,   Jacksonville, FL 32241-3870
25499534       +ERC/Enhanced Recovery Corp,     Po Box 57547,   Jacksonville, FL 32241-7547
25499536       +FNBC, Inc,    PO Box 51660,    Sparks, NV 89435-1660
25499535       +First Step Group, LLC,    6300 Shingle Creek Parkway,     Suite 220,    Minneapolis, MN 55430-2162
25499537       +Harris & Harris, Ltd.,    111 West Jackson Boulevard, Suite 400,      Chicago, IL 60604-4135
25499538       +High Tech Medical Park,     0236 Momentum Place,    Chicago, IL 60689-0001
25499539       +ICS Collection Service,     PO Box 1010,   Tinley Park, IL 60477-9110
25499541       +Illinois Medicar Inc,    395 W. Lake Street,    Elmhurst, IL 60126-1508
25499542       +Illinois Tollway Authority,     2700 Ogden Avenue,    Downers Grove, IL 60515-1703
25499545       +M3 Fiancial Services,    PO Box 7230,    Westchester, IL 60154-7230
25499546       +M3 Financial,    PO Box 7230,    Westchester, IL 60154-7230
25499547       +MacNeal Hospital,    2384 Payshere Circle,    Chicago, IL 60674-0023
25499550       +Malcolm S. Gerald and Associates, Inc.,     332 South Michigan Avenue,    Suite 600,
                 Chicago, IL 60604-4318
25499553       +Midland Funding,    2365 Northside Dr.,    Suite 30,    San Diego, CA 92108-2709
25499552       +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
25499554       +Midland Orthopedic Assoc.,     2850 S. Wabash,   Suite 100,    Chicago, IL 60616-2491
25499556       +North American Partners in Anesthesia IL,     PO Box 69,    Glen Head, NY 11545-0069
25499557       +NorthShore Universtiy Health System,     100 South Owasso Boulevard W,
                 Saint Paul, MN 55117-1036
25499559       +Oac,   Po Box 500,    Baraboo, WI 53913-0500
25499558       +Oac,   Attn: Bankruptcy,    Po Box 500,    Baraboo, WI 53913-0500
25499562      ++PINNACLE MANAGEMENT SERVICES,     830 ROUNDABOUT,    SUITE B,   WEST DUNDEE IL 60118-2116
               (address filed with court:  Pinnacle Management Services,     830 Roundabout, Suite B,
                 Dundee, IL 60118)
25499560       +Parkview Orthopaedic Group,     7600 W. College Dr.,    Palos Heights, IL 60463-1066
25499561       +Penn Credit,    916 S. 14th Street,    PO Box 988,   Harrisburg, PA 17108-0988
25499565       +Prism Health Care Services,     1337 Basswood Road,    Schaumburg, IL 60173-4536
25499566       +Radiology Imaging Consultants, SC,     75 Remittance Dr.,    Dept 1324,    Chicago, IL 60675-1324
25499567       +Ridge Orthopedics & Rehab,     5540 W. 111th Street,    Oak Lawn, IL 60453-5575
25499568       +Stellar Recovery, Inc,    Po Box 1119,    Charlotte, NC 28201-1119
25499569       +Suburban Radiologists, SC,     1446 Momentum Pl.,    Chicago, IL 60689-0001
25499573       +U.s. Bank Home Mortgage,     4801 Federica St.,   Owensboro, KY 42301-7441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jdavidson@sulaimanlaw.com Apr 04 2017 03:13:09      Joseph S Davidson,
                 Sulaiman Law Group, Ltd.,    900 Jorie Boulevard,    Suite 150,    Oak Brook, IL  60523
tr             +EDI: QMRSTEIN.COM Apr 04 2017 02:33:00      Miriam R Stein,    Chuhak & Tecson, P.C.,
                 30 S. Wacker Drive,    Suite 2600,   Chicago, IL 60606-7512
25499503       +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Apr 04 2017 03:16:50
                 Advocate Christ Medical Center,    Po Box 3039,    Hinsdale, IL 60522-3039
25499504       +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Apr 04 2017 03:16:50      Advocate Health Care,
                 Po Box 70508,    Chicago, IL 60673-0508
25499512       +E-mail/Text: bk@blittandgaines.com Apr 04 2017 03:14:08      Blitt & Gaines, P.C.,
                 661 W. Glenn Avenue,    Wheeling, IL 60090-6017
25499517       +E-mail/Text: pgt@rawlingsandassociates.com Apr 04 2017 03:16:28      Carefirst,
                 c/o Rawlings Financial Services LLC,    PO Box 2020,    La Grange, KY 40031-2020
```

```
District/off: 0752-1          User: rruiz1              Page 2 of 2              Date Rcvd: Apr 03, 2017
                              Form ID: 309A             Total Noticed: 75

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
25499522       +EDI: WFNNB.COM Apr 04 2017 02:33:00      Comenity Bank,    PO Box 182789,
                 Columbus, OH 43218-2789
25499523       +EDI: WFNNB.COM Apr 04 2017 02:33:00      Comenity Bank/Carsons,    Po Box 182125,
                 Columbus, OH 43218-2125
25499524       +EDI: WFNNB.COM Apr 04 2017 02:33:00      Comenity Bank/Carsons,    3100 Easton Square Pl.,
                 Columbus, OH 43219-6232
25499529        EDI: IRS.COM Apr 04 2017 02:34:00      Department of the Treasury,    Internal Revenue Service,
                 Po Box 7346,   Philadelphia, PA 19101-7346
25499533       +E-mail/Text: bknotice@erccollections.com Apr 04 2017 03:15:13       ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
25499540        E-mail/Text: rev.bankruptcy@illinois.gov Apr 04 2017 03:14:48
                 Illinois Department of Revenue,    Bankruptcy Section,    Po Box 64338,   Chicago, IL 60664-0338
25499543       +EDI: CBSKOHLS.COM Apr 04 2017 02:33:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
25499544       +EDI: CBSKOHLS.COM Apr 04 2017 02:33:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr.,
                 Menomonee Falls, WI 53051-5660
25499549       +EDI: TSYS2.COM Apr 04 2017 02:33:00      Macys/DSNB,    9111 Duke Blvd.,    Mason, OH 45040-8999
25499548       +EDI: TSYS2.COM Apr 04 2017 02:33:00      Macys/DSNB,    Attn: Bankruptcy,    Po Box 8053,
                 Mason, OH 45040-8053
25499551       +E-mail/Text: clientservices@medrecovery.com Apr 04 2017 03:16:41
                 Medical Recovery Specialists, Inc.,    2250 E. Devon Avenue, Suite 352,
                 Des Plaines, IL 60018-4519
25499555       +E-mail/Text: mwilkey@midstatecollections.com Apr 04 2017 03:15:48       Midstate Collection So,
                 Po Box 3292,   Champaign, IL 61826-3292
25499564        EDI: PRA.COM Apr 04 2017 02:33:00      Portfolio Recovery,    120 Corporate Blvd.,    Suite 1,
                 Norfolk, VA 23502
25499563        EDI: PRA.COM Apr 04 2017 02:33:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
25499571       +EDI: WTRRNBANK.COM Apr 04 2017 02:33:00      Target,    Po Box 673,   Minneapolis, MN 55440-0673
25499570       +EDI: WTRRNBANK.COM Apr 04 2017 02:33:00      Target,    c/o Financial & Retail Srvs,
                 Mailstopn BT Po Box 9475,    Minneapolis, MN 55440-9475
25499572       +E-mail/Text: bankruptcydepartment@tsico.com Apr 04 2017 03:16:47       Transworld Systems Inc.,
                 507 Prudential Road,    Horsham, PA 19044-2308
25499574       +EDI: WFNNB.COM Apr 04 2017 02:33:00      Victoria's Secret,    Po Box 16589,
                 Columbus, OH 43216-6589
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25499513*      +Blitt & Gaines, P.C.,    661 W. Glenn Ave.,    Wheeling, IL 60090-6017
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2017 at the address(es) listed below:
              Joseph S Davidson    on behalf of Debtor 1 Tina M Parente jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info
              Miriam R Stein    mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com;vjefferson@chuhak.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```