**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tina M Parente** | Social Security number or ITIN   **xxx–xx–3791** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **17–10168**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tina M Parente

September 13, 2017

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 17-10168-DRC
Tina M Parente                                                          Chapter 7
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: ahamilton              Page 1 of 3                  Date Rcvd: Sep 13, 2017
                              Form ID: 318                 Total Noticed: 74


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db            +Tina M Parente,    5852 W. 76th Street,    Burbank, IL 60459-3205
25499509      +ATG Credit, LLC,    PO Box 14895,   Chicago, IL 60614-8542
25499502      +Adventist LaGrange Memorial Hospital,     75 Remittance Dr.,   Suite 3204,
                Chicago, IL 60675-3204
25499505      +Advocate Medical Group,    701 Lee St.,   Des Plaines, IL 60016-4539
25499506      +Alliance One,   Po Box 1259,    Oaks, PA 19456-1259
25499507      +Amita Health,   PO Box 24013,    Chattanooga, TN 37422-4013
25499508      +Atg Credit Llc,    1700 W. Cortland St.,   Suite 2,    Chicago, IL 60622-1131
25499510      +Athletic and Therapeutic Institute,    4947 Payshere Circle,    Chicago, IL 60674-0049
25499511      +Blatt, Hasenmiller, Leibsker & Moore,    10 S. LaSalle St.,    Suite 2200,
                Chicago, IL 60603-1069
25499514      +Bryant Legal Group PC,    205 N. Michigan Ave.,    Suite 3910,   Chicago, IL 60601-5925
25499515      +C.tech Collections, Inc,    PO Box 402,   Mount Sinai, NY 11766-0402
25499519      +CMRE Financial Services, Inc,    3075 E. Imperial Highway, Suite 200,    Brea, CA 92821-6753
25499516      +Cardiovascular Consultants,    12845 S. Cicero Ave.,    Suite 202,   Alsip, IL 60803-3006
25499518      +Chicago Health Medical Group,    2960 Professional Drive,    Springfield, IL 62703-5910
25499521      +Codilis & Associates,    15W030 N. Frontage Rd.,   Burr Ridge, IL 60527-6921
25499520      +Codilis & Associates,    15W030 N. Frontage Road,    Suite 100,   Burr Ridge, IL 60527-6921
25499525      +Consultants in Lab Medicine,    PO Box 5981,   Carol Stream, IL 60197-5981
25499526      +Cook County Department of Revenue,    c/o Tristan & Cervantes,    30 W. Monroe St., Suite 630,
                Chicago, IL 60603-2415
25499527      +Cook County Treasurer,    PO Box 805436,   Chicago, IL 60680-4155
25499528      +Credit Control, LLC,    Po Box 31179,   Tampa, FL 33631-3179
25499530       DJO, LLC,   PO Box 6600117,    Dallas, TX 75266
25499531      +Dr. Jack Morgan, Barbara Brotine, &,    Mohammad Siddiqui,    9669 N. Kenton #305,
                Skokie, IL 60076-1226
25499532      +ERC,   PO Box 23870,    Jacksonville, FL 32241-3870
25499534      +ERC/Enhanced Recovery Corp,    Po Box 57547,   Jacksonville, FL 32241-7547
25499536      +FNBC, Inc,   PO Box 51660,    Sparks, NV 89435-1660
25499535     #+First Step Group, LLC,    6300 Shingle Creek Parkway,    Suite 220,   Minneapolis, MN 55430-2162
25499537      +Harris & Harris, Ltd.,    111 West Jackson Boulevard, Suite 400,    Chicago, IL 60604-4135
25499538      +High Tech Medical Park,    0236 Momentum Place,    Chicago, IL 60689-0001
25499539      +ICS Collection Service,    PO Box 1010,   Tinley Park, IL 60477-9110
25499541      +Illinois Medicar Inc,    395 W. Lake Street,   Elmhurst, IL 60126-1508
25499542      +Illinois Tollway Authority,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
25499545      +M3 Fiancial Services,    PO Box 7230,   Westchester, IL 60154-7230
25499546      +M3 Financial,   PO Box 7230,    Westchester, IL 60154-7230
25499547      +MacNeal Hospital,    2384 Payshere Circle,   Chicago, IL 60674-0023
25499550      +Malcolm S. Gerald and Associates, Inc.,    332 South Michigan Avenue,    Suite 600,
                Chicago, IL 60604-4318
25499554      +Midland Orthopedic Assoc.,    2850 S. Wabash,    Suite 100,   Chicago, IL 60616-2491
25499556      +North American Partners in Anesthesia IL,    PO Box 69,    Glen Head, NY 11545-0069
25499557      +NorthShore Universtiy Health System,    100 South Owasso Boulevard W,
                Saint Paul, MN 55117-1036
25499559      +Oac,   Po Box 500,    Baraboo, WI 53913-0500
25499558      +Oac,   Attn: Bankruptcy,    Po Box 500,   Baraboo, WI 53913-0500
25499562     ++PINNACLE MANAGEMENT SERVICES,    830 ROUNDABOUT,    SUITE B,   WEST DUNDEE IL 60118-2116
               (address filed with court: Pinnacle Management Services,     830 Roundabout, Suite B,
                Dundee, IL 60118)
25499560      +Parkview Orthopaedic Group,    7600 W. College Dr.,    Palos Heights, IL 60463-1066
25499561      +Penn Credit,   916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
25499565      +Prism Health Care Services,    1337 Basswood Road,    Schaumburg, IL 60173-4536
25499566      +Radiology Imaging Consultants, SC,    75 Remittance Dr.,    Dept 1324,   Chicago, IL 60675-1324
25499567      +Ridge Orthopedics & Rehab,    5540 W. 111th Street,    Oak Lawn, IL 60453-5575
25499568      +Stellar Recovery, Inc,    Po Box 1119,   Charlotte, NC 28201-1119
25499569      +Suburban Radiologists, SC,    1446 Momentum Pl.,    Chicago, IL 60689-0001
25499573      +U.s. Bank Home Mortgage,    4801 Federica St.,    Owensboro, KY 42301-7441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QMRSTEIN.COM Sep 14 2017 02:33:00      Miriam R Stein,    Chuhak & Tecson, P.C.,
                30 S. Wacker Drive,    Suite 2600,   Chicago, IL 60606-7512
25499503      +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Sep 14 2017 03:14:08
                Advocate Christ Medical Center,    Po Box 3039,    Hinsdale, IL 60522-3039
25499504      +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Sep 14 2017 03:14:08      Advocate Health Care,
                Po Box 70508,   Chicago, IL 60673-0508
25499512      +E-mail/Text: bk@blittandgaines.com Sep 14 2017 03:11:55       Blitt & Gaines, P.C.,
                661 W. Glenn Avenue,    Wheeling, IL 60090-6017
25499517      +E-mail/Text: pgt@rawlingsandassociates.com Sep 14 2017 03:13:49       Carefirst,
                c/o Rawlings Financial Services LLC,    PO Box 2020,    La Grange, KY 40031-2020
25499522      +EDI: WFNNB.COM Sep 14 2017 02:33:00      Comenity Bank,    PO Box 182789,
                Columbus, OH 43218-2789
25499523      +EDI: WFNNB.COM Sep 14 2017 02:33:00      Comenity Bank/Carsons,    Po Box 182125,
                Columbus, OH 43218-2125
```

```
District/off: 0752-1           User: ahamilton            Page 2 of 3            Date Rcvd: Sep 13, 2017
                               Form ID: 318               Total Noticed: 74
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
25499524       +EDI: WFNNB.COM Sep 14 2017 02:33:00      Comenity Bank/Carsons,    3100 Easton Square Pl.,
                 Columbus, OH 43219-6232
25499529        EDI: IRS.COM Sep 14 2017 02:33:00      Department of the Treasury,    Internal Revenue Service,
                 Po Box 7346,   Philadelphia, PA 19101-7346
25499533       +E-mail/Text: bknotice@erccollections.com Sep 14 2017 03:12:45      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
25499537       +EDI: PHINHARRIS Sep 14 2017 02:33:00      Harris & Harris, Ltd.,
                 111 West Jackson Boulevard, Suite 400,    Chicago, IL 60604-4135
25499540        E-mail/Text: rev.bankruptcy@illinois.gov Sep 14 2017 03:12:39
                 Illinois Department of Revenue,    Bankruptcy Section,    Po Box 64338,   Chicago, IL 60664-0338
25499543       +EDI: CBSKOHLS.COM Sep 14 2017 02:33:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
25499544       +EDI: CBSKOHLS.COM Sep 14 2017 02:33:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr.,
                 Menomonee Falls, WI 53051-5660
25499549       +EDI: TSYS2.COM Sep 14 2017 02:33:00      Macys/DSNB,    9111 Duke Blvd.,   Mason, OH 45040-8999
25499548       +EDI: TSYS2.COM Sep 14 2017 02:33:00      Macys/DSNB,    Attn: Bankruptcy,    Po Box 8053,
                 Mason, OH 45040-8053
25499551       +E-mail/Text: clientservices@medrecovery.com Sep 14 2017 03:14:02
                 Medical Recovery Specialists, Inc.,    2250 E. Devon Avenue, Suite 352,
                 Des Plaines, IL 60018-4519
25499553       +EDI: MID8.COM Sep 14 2017 02:33:00      Midland Funding,    2365 Northside Dr.,    Suite 30,
                 San Diego, CA 92108-2709
25499552       +EDI: MID8.COM Sep 14 2017 02:33:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                 San Diego, CA 92193-9069
25499555       +E-mail/Text: mwilkey@midstatecollections.com Sep 14 2017 03:13:15      Midstate Collection So,
                 Po Box 3292,   Champaign, IL 61826-3292
25499564        EDI: PRA.COM Sep 14 2017 02:33:00      Portfolio Recovery,    120 Corporate Blvd.,    Suite 1,
                 Norfolk, VA 23502
25499563        EDI: PRA.COM Sep 14 2017 02:33:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
25499571       +EDI: WTRRNBANK.COM Sep 14 2017 02:33:00      Target,    Po Box 673,   Minneapolis, MN 55440-0673
25499570       +EDI: WTRRNBANK.COM Sep 14 2017 02:33:00      Target,    c/o Financial & Retail Srvs,
                 Mailstopn BT Po Box 9475,    Minneapolis, MN 55440-9475
25499572       +E-mail/Text: bankruptcydepartment@tsico.com Sep 14 2017 03:14:08      Transworld Systems Inc.,
                 507 Prudential Road,   Horsham, PA 19044-2308
25499574       +EDI: WFNNB.COM Sep 14 2017 02:33:00      Victoria's Secret,    Po Box 16589,
                 Columbus, OH 43216-6589
                                                                                                TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25499513*       +Blitt & Gaines, P.C.,   661 W. Glenn Ave.,    Wheeling, IL 60090-6017
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Joseph S Davidson    on behalf of Debtor 1 Tina M Parente jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              Miriam R Stein    mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com;vjefferson@chuhak.com

```
District/off: 0752-1          User: ahamilton               Page 3 of 3                   Date Rcvd: Sep 13, 2017
                              Form ID: 318                  Total Noticed: 74
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul M Bach    on behalf of Creditor    Lighthouse Casualty Company a/s/o Sarah Doan
          paul@bachoffices.com,    pnbach@bachoffices.com;bachecf@gmail.com;BachLaw@stratusbk.com
          Peter C Bastianen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ND-Four@il.cslegal.com
                                                                                         TOTAL: 5